UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :     **INDICTMENT**

RENE J. GARCIA, JR.,              :     07 Cr. 1173

    Defendant.                   :

- - - - - - - - - - - - - - - - x

ORIGINAL

<u>COUNT ONE</u>

The Grand Jury charges:

1.   On about or about October 12, 2007, in the Southern District of New York, RENE GARCIA, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, and having had three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, to wit, (i) a conviction on or about December 5, 1994, in New York Supreme Court, Bronx County, for attempted robbery in the first degree, a Class C felony; (ii) a conviction on or about December 5, 1994, in New York Supreme Court, Bronx County, for attempted criminal sale of a controlled substance in the third degree, a Class C felony; and (iii) a conviction on or about November 30, 1989, in New York Supreme Court, Bronx County, for attempted criminal sale of a controlled substance in the third degree, a Class C felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm and ammunition, to wit, a

Taurus 9mm Intratec Luger semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney