UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA         :

    - V -                          :      AFFIRMATION FOR WRIT OF
                                                  HABEAS CORPUS AD
                                                  PROSEQUENDUM

RENE J. GARCIA, JR.,             :
                                                  07 Cr. 1173

        Defendant.          :

-------------------------------------------------------x

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      :      ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      NOLA B. HELLER, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one "RENE J. GARCIA, JR." (NYSID: 05325933Z), is now incarcerated at the Westchester County Jail, Valhalla, New York.

      WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Westchester County Jail, Valhalla, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Thursday, January 10, 2008 at 9:00 in the forenoon for an arraignment on an indictment before Magistrate Judge George A. Yanthis, and to return him to Westchester County Jail only when the writ has been satisfied.

      I declare under penalty of perjury that the foregoing is true and correct.

                                                        NOLA B. HELLER
                                                        Assistant United States Attorney

January 9, 2008