# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**

January 30, 2008

Honorable Charles L. Brieant
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Rene J. Garcia, Jr.**
      07 Cr. 1173 (CLB)

Dear Judge Brieant:

Application granted. Conference now scheduled for February 7, 2008 at 9:15 A.m. Time is excluded under the Speedy Trial Act through February 7, 2008.
SO ORDERED. [signature] Brieant J. U.S.D.J.
Dated: Jan 30, 2008

  This will confirm that the next pretrial conference in this matter has been adjourned, at my request, from January 31 to February 7, 2008.

  The defense consents to exclusion of the intervening time from the Speedy Trial Act calculations.

Respectfully,

[signature]

Paul E. Davison
(914) 428-7126

cc:   Anna Skotko, Esq.
      Assistant United States Attorney