

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**MEMO ENDORSED**

February 13, 2008

2/14/2008
Time of the person

(CM)

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Rene J. Garcia, Jr., 07 Cr. 1173 (CLB)**

Dear Judge :

      As discussed with Your Honor's Deputy, the next conference in the above-referenced matter has been re-scheduled from April 4, 2008, to April 11, 2008, at 1:00 p.m.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 4, 2008 and April 11, 2008. This will permit the Government and the defense to have discussions concerning the possibility of a disposition before trial, and the defense time to review the discovery. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc:   Paul Davison, Esq. (By Fax)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```