UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA　　　　:

　　　　　- v -　　　　　　　　　　　　　:　　　　07 Cr. 1173 (CM)

**RENE J. GARCIA, JR.,**　　　　　　　:

　　　　　　　　Defendant.　　　　　:
------------------------------------------------------x

## MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS

　　　　　　　　　　　　　　　　　　　　LEONARD F. JOY, ESQ.
　　　　　　　　　　　　　　　　　　　　Federal Defenders of New York, Inc.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　**RENE J. GARCIA, JR.**
　　　　　　　　　　　　　　　　　　　　300 Quarropas Street, Room 260
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　Tel.: (914) 428-7126

**PAUL E. DAVISON, ESQ.**

　　Of Counsel

TO:　　**MICHAEL GARCIA, ESQ**.
　　　　United States Attorney
　　　　Southern District of New York
　　　　300 Quarropas Street
　　　　White Plains, New York 10601
Attn:　**ANNA M. SKOTKO, ESQ.**
　　　　Assistant United States Attorney

PDF created with pdfFactory Pro trial version www.pdffactory.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA            :

            - v -                   :          07 Cr. 1173 (CM)

RENE J. GARCIA , JR.,               :

                Defendant.          :
------------------------------------------------------x
```

### Preliminary Statement

This memorandum is respectfully submitted in support of defendant's motion to suppress evidence – including but not limited to an inoperable handgun – which was seized by police officers from the City of Mount Vernon incident to a warrantless encounter with the defendant on October 12, 2007.

### Background

Rene J. Garcia, Jr., is charged as a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).[1]  The charged is based on the October 12, 2007 seizure of an inoperable handgun from the defendant incident to a warrantless encounter with the Mount Vernon police. The defense seeks suppression of the handgun on the ground that this evidence was obtained through a violation of the defendant's Fourth Amendment rights.

### Argument

The Government bears the burden of establishing the lawfulness of a warrantless seizure.  See United States v. Carhee, 27 F.3d 1493, 1496 (10th Cir. 1994).  Here, the defendant was approached by the police, and was detained and searched without a warrant.  Accordingly, all

---

[1] Pursuant to the § 924(e) allegations, the defendant faces a 15 year mandatory minimum sentence.

PDF created with pdfFactory Pro trial version www.pdffactory.com

evidence obtained by the police as a result of this encounter should be suppressed, or, in the alternative, this Court should hold a hearing to determine the admissibility of the evidence.

**Conclusion**

For all these reasons, defendant's motions to suppress should be granted in all respects.

Dated: White Plains, New York
       February 29, 2008

                                            Yours, etc.

                                            LEONARD F. JOY, ESQ.
                                            Federal Defenders of New York, Inc.

By: _____
     **PAUL E. DAVISON, ESQ.**
     Attorney for the Defendant
     **RENE J. GARCIA, JR.**
     300 Quarropas Street
     White Plains, New York 10601
     (914) 428-7126

To: **MICHAEL GARCIA, ESQ.**
     United States Attorney
     Southern District of New York
     300 Quarropas Street
     White Plains, New York 10601

Attn: **ANNA M. SKOTKO, ESQ,**
      Assistant United States Attorney

PDF created with pdfFactory Pro trial version www.pdffactory.com