UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

       USA

       -v-

       RENE J. GARCIA, Jr.                   ORDER

Defendant.                                    07cr1173(CM)(MDF)
-------------------------------------------------------------x

   The Court, on April 07, 2008 having heard an oral application for relieving of Paul E. Davison, Esq. of the Federal Defenders Office as counsel for the deft., and thereafter having granted the application, appointed Clinton W. Calhoun, Esq. of the CJA Panel for all purposes.

Dated: April 07, 2008
       White Plains, New York

                               SO ORDERED:

                               _____
                               Mark D. Fox, U.S.M.J.

                               MARK D. FOX
                               United States Magistrate Judge
                               Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____