U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 7, 2008



The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Rene J. Garcia, Jr., 07 Cr. 1173 (CM)**

Dear Judge :

As discussed with Your Honor's Deputy, the conference in the above matter before Your Honor has been re-scheduled from April 11, 2008, to April 25, 2008, at 1:15 p.m.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 11, 2008 to April 25, 2008. This will permit the Government and new counsel for the defendant to have discussions concerning the possibility of a disposition before trial, and allow the defense time to review the discovery. The Government makes this request with the consent of counsel for the defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:    _Anna Skotko_
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc:    Chip Calhoun, Esq. (By Fax)