AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

USA
-v-
RENE GARCIA,
Defendant

**APPEARANCE**

Case Number: 07 CR 1173 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT RENE GARCIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/28/2008 | *[signature]* |
| Date | Signature |
| | Vincent L. Briccetti     VB3285 |
| | Print Name     Bar Number |
| | 81 Main Street, Suite 450 |
| | Address |
| | White Plains     NY     10601 |
| | City     State     Zip Code |
| | (914) 946-5900     (914) 946-5906 |
| | Phone Number     Fax Number |